**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

July 29, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

           Re:    *Hedges v. Ladibugs LLC,*
                    Case No.: 1:25-cv-3714

Dear Judge Subramanian,

      The undersigned represents Donna Hedges, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ladibugs LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for August 7, 2025, at 2:00 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

---

The conference is hereby adjourned to Thursday, September 11, 2025, at 11:00 AM. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: July 29, 2025