IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DONNA HEDGES, ON BEHALF OF HERSELF AND     :
ALL SIMILARLY SITUATED,

                                   : **STIPULATION OF**
                                   : **VOLUNTARY DISMISSAL**
         Plaintiff,            : **WITH PREJUDICE**

                                   :

         v.                         : Case No. 1:25-CV-3714

                                   :

LADIBUGS LLC,

                                   :

         Defendant.           :

---------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice,

against defendant Ladibugs LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

GOTTLIEB & ASSOCIATES PLLC        FARRELL FRITZ, P.C.

Michael A. LaBollita                 Matthew D. Donovan, Esq.
Jeffery M. Gottlieb                  622 Third Avenue, Suite 37200
Dana L. Gottlieb                   New York, NY 10017
150 East 18th Street, Suite PHR      (212) 687-1230
New York, NY 10003              *Attorneys for Defendant*
(212) 228-9795
*Attorneys for Plaintiff*

Dated: 8/22/25                       Dated: 8-21-25

7